UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
**ARTHUR EARL ROSS**
**CHRYSTAL DAWANA ROSS,**                    Case No. 25-43266
                                                        Chapter 13
                   Debtors.                         Hon. Maria L. Oxholm
_____/

DEBTORS' OBJECTION TO PROOF OF CLAIM

NOW COME Debtors, **ARTHUR EARL ROSS AND CHRYSTAL DAWANA ROSS**, by and through his/her undersigned counsel, and for his/her objection submits as follows:

1.     **MICHIGAN DEPARTMENT OF TREASURY** (hereafter, "Creditor") filed an amended proof of claim on **6/23/2025** (Pacer Claim No. 28).

2.     The Debtors object to this claim filed by the Creditor in the amount of **$5,390.78** because the Creditor shows the 2023 tax year as an estimated amount since returns were not filed, however the 2023 tax return was filed.

3.     Debtors assert they filed their 2023 tax returns prior to filing their bankruptcy case and that the amount listed by Creditor on the claim is the amount shown on the filed return.

4.     Debtors have contacted Creditor several times requesting an amended claim be filed and have received no response and to date the claim has not been amended.

5.     Debtors request the Michigan Department of Treasury be ordered to amend their claim within 30 days or have the claim denied until such time as an accurate claim can be filed.

**WHEREFORE**, the Debtor requests this Honorable Court disallow **Claim No. 28** filed by the Creditor, and grant any other further relief as this Court deems equitable and just.

Dated: 7/31/2025                     **/s/ Heather D. McGivern**
                                                Attorneys for Debtor
                                                Charissa Potts (P73247)
                                                Heather D. McGivern (P59393)
                                                Freedom Law, PC
                                                20882 Harper Ave., Suite 100
                                                Harper Woods, MI 48225
                                                313.887.0807
                                                info@freedomlawpc.com