UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
**ARTHUR EARL ROSS**
**CHRYSTAL DAWANA ROSS,**

Debtors.

Case No. 25-43266
Chapter 13
Hon. Maria L. Oxholm

_______________________________________/

**STIPULATION FOR ENTRY OF ORDER RESOLVING DEBTORS' OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY**

The above-captioned Debtor(s) and Michigan Department of Treasury, hereby stipulate and agree to the entry of an Order Modifying Chapter 13 Plan, which is attached hereto as Exhibit A.

**/s/ Moe Freedman**
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 4802
(313) 456-0044
Freedmanm1@michigan.gov

**/s/ Heather D. McGivern**
Charissa Potts (P73247)
Heather D. McGivern (P59393)
Attorneys for Debtor(s)
Freedom Law, PC
20882 Harper Ave., Suite 100
Harper Woods, MI 48225
(313) 887-0807
info@freedomlawpc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

In Re:
**ARTHUR EARL ROSS**
**CHRYSTAL DAWANA ROSS,**

Debtors.

Case No. 25-43266
Chapter 13
Hon. Maria L. Oxholm

______________________________/

**ORDER RESOLVING DEBTORS' OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY**

The Debtors, **ARTHUR EARL ROSS AND CHRYSTAL DAWANA ROSS** filed an objection to proof of claim of Creditor, **MICHIGAN DEPARTMENT OF TREASURY**. The Creditor having filed a response. The parties, by and through counsel, have stipulated to the resolution of the disputed matter, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the parties agree the Debtors have filed their 2023 tax return.

**IT IS FURTHER ORDERED** that Creditor, **MICHIGAN DEPARTMENT OF TREASURY** will file an amended claim promptly once the assessment of the 2023 return is final.