UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**ARTHUR EARL ROSS**
**CHRYSTAL DAWANA ROSS,**

Debtors.
______________________________/

Case No. 25-43266
Chapter 13
Hon. Maria L. Oxholm

**ORDER RESOLVING DEBTORS' OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY**

The Debtors, **ARTHUR EARL ROSS AND CHRYSTAL DAWANA ROSS** filed an objection to proof of claim of Creditor, **MICHIGAN DEPARTMENT OF TREASURY**. The Creditor having filed a response. The parties, by and through counsel, have stipulated to the resolution of the disputed matter, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the parties agree the Debtors have filed their 2023 tax return.

**IT IS FURTHER ORDERED** that Creditor, **MICHIGAN DEPARTMENT OF TREASURY** will file an amended claim promptly once the assessment of the 2023 return is final.

**Signed on September 4, 2025**

**/s/ Maria L. Oxholm**

**Maria L. Oxholm**
**United States Bankruptcy Judge**